UNITED STATES of America, Plaintiff–Appellee,

v.

JUVENILE (RRA–A), Defendant–Appellant.

No. 98–50368.

United States Court of Appeals, Ninth Circuit.

Filed July 6, 2000

Before: NELSON, REINHARDT, and TROTT, Circuit Judges.

ORDER

The opinion filed December 15, 1999 [199 F.3d 998], is withdrawn.